**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BARRY DAVIS,**

    **Plaintiff,**

**v.**                                          **Case No.  8:06-cv-2294-T-30MSS**

**WINN DIXIE STORES, INC.,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised via a Notice of Pending Settlement (Dkt. #20) and Mediation Report (Dkt. #21) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 27, 2007.

                                                    */s/ James S. Moody, Jr.*
                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-2294.dismissal 20.wpd